IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF/RESPONDENT**

v.                CASE NO. 5:11-CR-50046-001

**MARIA MONROY**                                           **DEFENDANT/PETITIONER**

### ORDER

The Court has received proposed findings and recommendations (Doc No. 46) from United States Magistrate Judge Erin L. Setser. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS, THEREFORE, ORDERED that Petitioner Maria Monroy's motion (Doc No. 35) to vacate is DENIED.

IT IS SO ORDERED this 1st day of May, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE