IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

V.            CASE NO. 5:11-CR-50046-001

MARIA MONROY            DEFENDANT/PETITIONER

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 64) filed in this case on July 11, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 64) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 62) is **DENIED**.

IT IS SO ORDERED on this 29th day of July, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE